Gretchen Ann Maixner (Wife) a full order of protection against Husband. Husband argues the trial court erred in granting Wife's petition for a full order of protection because: 1) there was no order of protection in force against Husband when he sent a non-threatening Christmas card to Wife and their children; thus, Husband was free to send such communications to them from prison; and 2) insufficient grounds existed for granting a full order of protection.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. No precedential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

■

**Gretchen Ann MAIXNER, Respondent,**

v.

**Robert J. MAIXNER, Appellant.**

**No. ED 84346.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 2004.

Brian N. Burns, St. Louis, MO, for appellant.

Lawrence G. Gillespie, Gillespie, Hetlage & Coughlin, L.L.C., Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J. and LAWRENCE G. CRAHAN, J. and MARY K. HOFF, J.

ORDER

PER CURIAM.

Robert J. Maixner (Husband) appeals from the trial court's judgment granting